■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GERTRUDE M. LOPEZ, Appellant, v. JOHN F. McNEILL, as Superintendent of Matteawan State Hospital, Respondent.— On the court's own motion, leave to appeal as a poor person and assignment of counsel, granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of her typewritten brief and to serve one copy on the Attorney-General. Appellant's time to perfect the appeal is enlarged to the September Term, beginning September 6, 1961; appeal ordered on the calendar for said term. G. Vincent Dean, Esq., 234 Main Street, Poughkeepsie, New York, is assigned as counsel to prosecute the appeal. Nolan, P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

## (March 8, 1961)

■ In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property Required as a Site for the Queens Borough Public Library. T. & S. CLEANERS, INC.,Appellant.— Motion by appellant for a stay of all proceedings affecting appellant, pending appeal, denied. Nolan, P. J., Beldock, Ughetta and Kleinfeld, JJ., concur; Brennan, J., not voting.